# EXHIBIT A





















# EXHIBIT B











# EXHIBIT C













# EXHIBIT D



# EXHIBIT E







# EXHIBIT F





# EXHIBIT G

