Case: 25CV1029BAJ-SDJ          Thursday, December 11, 2025



UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF LOUISIANA

Respected Judge,

My name is Pedro E Guauta, I am Colombian and naturalized in 2009 in the state of FLORIDA. I have lived in the United States for 29 years and have abided with all laws and regulations of this country.

In the year of 2018, I started an entrepreneurship with a business – a Latin night club – it was called REVOLUTION NIGHT CLUB, which was originally located at 8419 Florida Blvd, Baton Rouge, LA 70808. I went to the Louisiana Secretary of State, formed the company, and created a d/b/a EL SITIO BR which was used at the same location as mentioned above. The business did not start well but we made enough money to cover our bills and other costs. In 2020, when the pandemic arrived in Louisiana, I had to close the doors of the business per ATC's order. While the business was closed for about 12 months, I still had to pay the monthly rent, monthly services, and some employees as well. I could not handle paying the rent anymore and I decided to leave that location and close the club for a while. When I left, someone else rented that location and began operating a Latin club there with the name of AVANTI NIGHT CLUB. After the pandemic, I reponed EL SITIO BR at the location of 17378 Airline Hwy, Prairieville, LA 70769 on October 30, 2021. The competition was very strong, and our efforts were not seen through. Since I had a contract with the location for 2 years, the owner of the location did not want to close the business. I continued with the business, putting in lots of work and effort to have lots of clientele and to have at least a bit of earnings, but unfortunately it did not happen. I then decided to rent my business, and it did not give many earnings to the person that I rented it to. Towards the end of the 2-year contract, I sold my business to a person named ORLIN ALVAREZ. I sold my business for $25,000.00 in order to pay some debts that I had which I sold to him the company name, everything that was inside – tables, chairs, sound equipment, lights – that cost me more than $120,000.00, because I had those personal debts due to the business not booming. I don't know what happened with him that with his new contract, he did not pay the people that he was supposed to, and the owner of the location took possession of all the equipment that was inside for not paying the rent or for not abiding by the contract – I'm not too sure about the reason. So, I was left with nothing. Then I went to the IRS and the city to cancel the tax identification number, the EIN, and continued looking for ways to resolve the payment of all the business debts.

With the business, I was never able to get any credit, cards, or contracts, so I resorted to using my personal finances. I took out loans to pay the payroll, the rent, and other services. With no job and no income, the only solution was to file for Chapter 7 bankruptcy. That resolved most of

Case: 25CV1029BAJ-SDJ          Thursday, December 11, 2025

2

the business debts I had, and I'm still paying off the remaining personal debts. In the process of doing advertising or marketing, I was looking for something eye-catching to make people want to go to the club. I paid some designers, and they created the flyer to promote the club. I was completely unaware that this could harm me, and they received payment for the flyer and the videos. I thought they were doing things correctly, and I didn't worry. A few days ago, I received a call from lawyer Vilas, who was my lawyer at the time the club was open, helping me to operate within the rules and register with the Secretary of State. He informed me that he had been served with the lawsuit and that he couldn't defend me for two reasons: first, because it was a federal case, and he doesn't handle federal cases, and second, because I was no longer his client. He sent me the lawsuit by email, and I started looking for a way to explain the situation. Most of the lawyers I contacted don't practice in federal court, and the few who could take the case charged between $7,000 and $12,000 just to answer the complaint, and they didn't give me any time to pay – they wanted the money upfront, money I don't have. So, I decided to send this letter to explain what happened and to avoid disrespecting your court by not responding or appearing in court on the scheduled dates.

Your Honor, I am investigating the origin of the lawsuit, and I realized that the lawyer is looking for the people who are in the flyers and filing the lawsuits. I also found out that the advertising done on Facebook is valid for one year before it expires, and we're already in 2025. I know that ignorance is no excuse, but I was only trying to create an advertisement for my business, and I thought the designers were aware of this potential problem, which is why they sent me the different designs. I never participated in or gave advice on any of the flyer designs. If you need any further information or details, I am at your disposal.

Your Honor, I will send you a copy of the flyer from the grand opening, the flyer from the reopening at the new location, the business sales contract, and a copy of when I went to the IRS to close my tax identification number. If you need any other documents, I am at your disposal.

Cordially

*[signature]*

Pedro E Guauta

Pedroeguauta@hotmail.com

(786)286-5684

State of Florida   County of Hillsborough
The foregoing instrument was acknowledged before me on this 13 day of December, 20 25
by Pedro E. Guauta

*[signature]*
Notary Public Signature



LEILANYS ARZATE
Notary Public
State of Florida
Comm# HH715150
Expires 8/27/2029