## NOTICE OF CHANGE

Charter Number: 44617556K

Name: REVOLUTION NIGHT CLUB LLC

ADDRESSES:

The location and municipal address (not a P.O. Box only) of this limited liability company's registered office:
17378 AIRLINE HWY
PRAIRIEVILLE, LA, 70769

Mailing Address:
850 GARDERE LANE STE A
BATON ROUGE, LA, 70820

AGENTS:

Agent Name:
VILAS LAW FIRM, APLC
6525 PERKINS ROAD
BATON ROUGE, LA, 70808

MEMBERS/MANAGERS:

Member/Manager Name:
PEDRO GUAUTA (MANAGER)
2935 DENA LYNN AVENUE
BATON ROUGE, LA, 70816

ORLIN ALVAREZ (MANAGER, MEMBER)
850 GARDERE LANE STE A
BATON ROUGE, LA, 70820

The filing of a false public record, with the knowledge of its falsity, is a crime, subjecting the filer to fine or imprisonment or both under R.S. 14:133.

TO BE ELECTRONICALLY SIGNED BY MEMBER OR MANAGER.
ELECTRONIC SIGNATURE: ORLIN ALVAREZ (6/30/2023)
TITLE: OWNER