## Louisiana Secretary of State
### Receipt
For Control Set ID 16246678

| Control Set | Date | Status | Receive Method | Entered By | | |
|---|---|---|---|---|---|---|
| 16246678 | 06/30/2023 | Complete | GBIZ | | | |

| | Amount | Date | Payment Type | Routing / Card No | Account / Exp Date | Check No | Status |
|---|---|---|---|---|---|---|---|
| | $30.00 | 06/30/2023 | VISA | 9485 | | | AUTH |
| TOTAL | $30.00 | | | | | | |

| | Cost | Date | Status | Entity # | Description / Requestor | Entity | Work Type |
|---|---|---|---|---|---|---|---|
| | $25.00 | 06/30/2023 | Complete | 44617556K | REVOLUTION NIGHT CLUB LLC | LIMITED LIABILITY COMPANY | Notice of Change |
| | | | | | | | Notice of Change $25.00 |
| | $5.00 | 06/30/2023 | Complete | | State Charge | NON-CHARTER ENTITIES | State Fee |
| | | | | | | | State Fee $5.00 |
| TOTAL | $30.00 | | | | | | |

User ID: AParker

Page 1 of 1 on 6/30/2023 4:11:14 PM