R. Kyle Ardoin
SECRETARY OF STATE

State of Louisiana
Secretary of State



COMMERCIAL DIVISION
225.925.4704

Administrative Services
225.932.5317 Fax
Corporations
225.932.5314 Fax
Uniform Commercial Code
225.932.5318 Fax

June 30, 2023

The attached document of REVOLUTION NIGHT CLUB LLC was received and filed on June 30, 2023.

WEB 44617556K

Rev 09/09

Mailing Address: P. O. Box 94125, Baton Rouge, LA 70804-9125
Office Location: 8585 Archives Ave., Baton Rouge, LA 70809
Web Site Address: www.sos.la.gov

# Bill of Sale

Seller 1: Pedro Enrique Guauta

Seller 2: _____

Buyer 1: Orlin Reinerio Alvarez Galindo

Buyer 2: _____

If there is more than one buyer or seller, the use of the singular incorporates the plural.

1. Seller sells the goods (Goods) described here to Buyer: Everything that is included in the club (: eg: lights, sound system, speakers, and all of the inventory added to this "Bill of sale.")

2. The full purchase price for Goods is $25,000.00 In exchange for Goods, Buyer has paid Seller [choose one]:

☐ single payment of the full purchase price.

☒ $ 5,000.00 as a down payment, balance of purchase price due by _____ .

☒ $ 20,000.00 as a down payment and has executed a promissory note for the balance of the purchase price. Which will be paid #1 - Jorge Novoa - $10,000.00
#2 - Juan Alejandro Donoso - $10,000.00

3. Seller warrants that Seller is the legal owner of Goods and that Goods are free of all liens and encumbrances except none

Seller agrees to remove any lien or encumbrance specified in this clause with the proceeds of this sale and other funds as necessary within ∅ days of the date of this agreement.

4. Seller believes Goods to be in good condition except for the following defects: none, everything is in good condition.

5. Goods will be delivered to Buyer in the following manner:

☒ Buyer will take immediate possession of Goods.

☐ Buyer assumes responsibility for picking up Goods from _____

within _____ days.

☐ In exchange for an additional delivery charge of $_____, receipt of which is hereby acknowledged, Seller will deliver Goods within _____ days to the following location:

_____

_____

6. Additional terms of sale for Goods are as follows: The sale taxes will be up to date until the month of June. The rent is up to date, buyer will be responsible for July & months that follow. The alcohol inventory is valued at $3,500.00 which the buyer has to pay to Gltulan otandi, There is a balance of $21,800.00 in square, this balance is deducted 15% of everyday sale.

_____    06/30/23
Seller 1's signature                Date

_____    _____
Seller 2's signature                Date

Orlin Alvarez              06/30/2023
Buyer 1's signature                Date

_____    _____
Buyer 2's signature                Date

Katelyn Simoneaux

KATELYN SIMONEAUX
NOTARY PUBLIC
Notary ID No. 162121
East Baton Rouge Parish, Louisiana

LF135 Bill of Sale 5-15, Pg 2