Case 3:25-cv-01093-BAJ-SDJ     Document 11-4     12/16/25     Page 1 of 2



elsitiobr

OCT 19, 2021 🌐

El próximo Sábado 30 de Octubre EL SITIO BR presenta ELYSANIJ en la Gran Apertura !! Preventa $35. No te lo puedes perder, te esperamos!! Nuestra nueva dirección es 17378 Airline Hwy, Prar... See more



**Pedro Guauta**

Jun 1, 2019 · 🌐

EL SITIO BR Night club, abre sus puerta a partir del viernes 7 de Junio del 2019 todos4 Los viernes y sabados su gran inaguracion viernes 14 y sabado 15 ,de junio del 2019 para que disfruten de la buena musica y rumba de MIAMI LOS ESPERAMOS.

🛆 Tuamigo Alberto + 2                    33 shares

👍 Like                Comment                ↪ Share