

Need Package Help?
Provide details so we can help
VISA
12/13/2025
TID
Purchase
VISA DEBIT
ENTRY METHOD
CVM
Invoice
Clerk
Response
APPROVED
Auth Code
EMV DETAILS
ISSUER
A0000000031010
0000000000
USD $17.97

Items designated NR are NOT eligible
for Returns, Refunds or Exchanges

US Postal Rates are subject to surcharge

```
1 2 5 1 2 1 3 5 1 9 3 A 0 3 8 2 4 4
```

View The UPS Store, Inc.'s privacy notice at
https://www.theupsstore.com/privacy-policy

## Win a $250 gift card

Tell us how we're doing for your chance to win a
$250 Amazon.com® Gift Card, a $100 Amazon.com
Gift Card, or a $50 Amazon.com® Gift Card each month.
Scan the QR code or go to the link to take the survey.

Pedro E Guana
4514 Summer Count E Apt 121
Sarasota FI 34243

$1.03
US POSTAGE
FIRST-CLASS Mail
063S0175944
33617
00000001

United States District Court.
The middle District OF Louisiana

777 Florida St
Suite 139
Baton Rouge
LA 70808