

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**  
**Clerk of Court**

Telephone: 225-389-3500  
Facsimile: 225-389-3501

December 17, 2025

Pedro E. Guauta  
Revolution Night Club, LLC  
2935 Dena Lynn Avenue  
Baton Rouge, LA 70816

Re: 3:25-cv-01029-BAJ-SDJ; Guzman et al v. Revolution Night Club, LLC

Dear Mr. Guauta,

    We are in receipt of your pleading in the above captioned matter and have filed it in the record. However, corporations and partnerships must be represented by counsel.  Within ten (10) days of the date of this letter counsel shall be enrolled on behalf of the corporation or the Court will take appropriate action.

                                                                         Sincerely,  
                                                                         Deputy Clerk for  
                                                                         Michael L. McConnell  
                                                                         Clerk of Court