Case: 25CV1029BAJ-SDJ    Monday, January 5, 2026

U.S DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED JAN 06 2026

ED C
CLERK

# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF LOUISIANA

Respected Sirs, I am writing to respectfully request more time to resolve this situation, which is causing me great concern.

I received the court letter on December 26, 2025, and I have been looking for a lawyer to represent me, but it hasn't been possible. A lawyer friend who doesn't handle criminal cases advised me to look for the liability insurance policies I had during those years to see if they could cover me. Fortunately, I think they do, but the policy is under the name of the building owner and the business name, as stipulated in the lease agreement because we had to cover the building insurance. I called Mr. Willie, the building owner at the time, and he said he would call the insurance company, Kendra L. Hardnett Insurance Company, to authorize me to view the 2018 and 2019 policies. The 2020 policy was under Omar Garces and the business name, and he already gave me authorization, and Ms. Kendra sent me a copy of the insurance policy. Apparently, I am covered. Since the policies had the same coverage in 2018 and 2019, I think they can help me. Since Mr. Willie hasn't responded regarding the approval, I told Kendra's insurance office to send her a copy of the lawsuit so she can help me with the lawyer and the lawsuit. I think the 2018 and 2019 policies are with another company, but I have to wait for Ms. Kendra to return to her office on Tuesday, the 6th, to call the insurance company.

The 2020 insurance company is called Hallmark Specialty Insurance Company, and we verified the policy and resent the lawsuit. They will respond within 48 hours. We will follow the same procedure with the other company once I have the name. Therefore, I kindly request an extension of time to await the insurance companies' responses so I can determine the next steps.

I would greatly appreciate it if you would receive and approve my request, as I have no intention of disrespecting the court or the attorneys involved in this process. Unfortunately, my financial situation is quite difficult, and I want to resolve this problem. I am also attaching a copy of the 2020 liability policy document.

Thank you very much.

Sincerely,

Pedro Guauta

(786) 286-5684

Pedroguauta@outlook.com

State of Florida    County of Manatee
The foregoing instrument was acknowledged before me via ☒ physical presence OR ☐ online notorizations this 5 day of January, 2026.
By Pedro Guauta
Personally known ____ OR produced identification ✓
Type of identification produced LA DL
Dharmesh Patel
NOTARY NAME HERE, Notary Public
My Commission Expires 05/03/2029

Notary Public State of Florida
Dharmesh Patel
My Commission HH 637475
Expires 5/3/2029