**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JANET GUZMAN, ET AL<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>REVOLUTION NIGHT CLUB, LLC<br><br>    **Defendants,** | **CIVIL ACTION NO. 25-1029-BAJ-SDJ** |

**_EX PARTE_ MOTION TO STRIKE ERRANTLY FILED _EX PARTE_ MOTION TO**

**SUBSTITUTE COUNSEL OF RECORD**

Plaintiffs Janet Guzman, Jennifer Zharinova, Katarina Van Derham, Mariana Davalos, Rosa Acosta, Yodit Yemane a/k/a Jodie Joe and Stephanie Rao (collectively, "Plaintiffs"), hereby move this Honorable Court for an order striking from the record the _Ex Parte_ Motion to Substitute Counsel of Record filed by Plaintiffs (Rec. Doc. 17). The motion shows the wrong case caption due to a clerical error by Plaintiffs' counsel. Plaintiffs will file the correct _Ex Parte_ Motion to Substitute Counsel of Record forthwith.

**WHEREFORE**, Plaintiff respectfully prays that this Court grant this Motion, striking the _Ex Parte_ Motion to Substitute Counsel of Record (Rec. Doc. 17)..

Respectfully submitted this April 24, 2026.

_/s/ John V. Golaszewski_
John V. Golaszewski (PHV)
New York Bar No. 4121091
**THE CASAS LAW FIRM, P.C.**
1325 Ave. of the Americas, 28th Fl.
New York, NY 10019
Tel: 855-267-4457
Fax: 855-220-9626
john@talentrights.law

/s/ *Adam V. Vickers*
Adam V. Vickers
LA Bar Number: 34992
**INTELLECTUAL PROPERTY**
**CONSULTING, LLC**
400 Poydras St., Suite 1400
New Orleans, LA. 70130
Tel: (504) 322-7166
Fax: (504) 322-7184
avickers@iplawconsulting.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this April 24, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ *Adam V. Vickers*
Adam V. Vickers