**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

JANET GUZMAN, ET AL

    Plaintiff,

    v.

REVOLUTION NIGHT CLUB, LLC

    Defendants,

**CIVIL ACTION NO. 25-cv-1029-BAJ-SDJ**

## ORDER

**CONSIDERING** Plaintiffs' *Ex Parte* Motion to Strike Errantly Filed *Ex Parte* Motion to Substitute Counsel of Record (the "Motion"),

**IT IS HEREBY ORDERED**, that the Motion is **GRANTED**;

**IT IS FURTHER HEREBY ORDERED** that the *Ex Parte* Motion to Substitute Counsel of Record (Rec. Doc. 17) is here by stricken from the record.

So ordered, this, _____ day of _____, 2026.

_____
HONORABLE JUDGE SCOTT D. JOHNSON
UNITED STATES MAGISTRATE JUDGE